IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:23-CV-00068-D

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>*ex rel*. ROBERT MATTHEWS, )<br>MATTHEW BATEMAN, TRACY )<br>BOWSER, JEFFERON BROUGHTON, )<br>GREGORY BROWN, CHRIS )<br>CHAPPELL, RONALD CLARK, JR., )<br>WILLIS DANCHISE, ROY FELTON, )<br>WELTON FEREBEE, SR., JAMIE )<br>GODFREY, DENNIS HUNTER, )<br>LAWRENCE JACKSON, III, JEFFREY )<br>JOHNSON, EDWARD JORDAN, JR. )<br>CATHY HARRELL LOWRY, JOHN )<br>PARRISH, JR., DAVID PERRY, JOHN )<br>PIERCE, GARY SPELLMAN, TAMA )<br>SPELLMAN, JAMIE SUTTON, )<br>TIMOTHY WARDEN, GERRI WHITE, )<br>MARCUS WHITE, and THOMAS )<br>WIGGINS, )<br>)<br>Plaintiff-Relators )<br>)<br>)<br>v. )<br>)<br>GUEST SERVICES, INCORPORATED, )<br>GERALD T. GABRYS, NICO FORIS, )<br>AND ELIZABETH ROGERS, )<br>)<br>Defendant. ) | ORDER<br><br>(UNDER SEAL) |

1

The Government having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Relators' Complaint, notice of appearance, the Government's motions to extend the seal period, the Government's motion to partially lift the seal, the Court's orders granting those motions, the Notice of Declination, and this proposed Order be unsealed (but not the various memoranda in support of motions).

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. Should Relators pursue this matter further, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Government, as provided for in 31 U.S.C. § 3730(c)(3). The Government may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. Should Relators pursue this matter further and the Relators elect not to voluntarily dismiss this action, the United States may intervene in this action for the purpose of dismissing this action, as its right pursuant to 31 U.S.C. § 3730(c)(2)(A);

6. Should Relators pursue this matter further, all orders of this Court shall be sent to the Government; and

7. Should Relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court has the written consent of the Government for voluntary dismissal of this action in the Notice of Declination.

IT IS SO ORDERED,

This 16 day of February, 2025.

JAMES C. DEVER III
United States District Judge